UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-24029-BLOOM

JOB DORRIELAN,

    Petitioner,

v.

ICE, et. al.,

    Respondent.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Petitioner Job Dorrielan's motion for release, ECF No. [18], filed on January 27, 2023. Therein, Petitioner argues that he is entitled to immediate release from custody under the preliminary injunction issued in *Fraihat v. U.S. Immigr. & Customs Enf't*, 445 F. Supp. 3d 709, 718 (C.D. Cal. 2020), *order clarified*, No. EDCV191546JGBSHKX, 2020 WL 6541994 (C.D. Cal. Oct. 7, 2020), and *rev'd and remanded*, 16 F.4th 613 (9th Cir. 2021).

Even if the Court has subject matter jurisdiction over this action,[1] the Ninth Circuit Court of Appeals vacated the preliminary injunction issued in *Fraihat* and directed that all orders premised on it be vacated. *Avdulahaj v. Warden of Krome Processing Ctr.*, No. CV 21-23497, 2022 WL 17851633, at *2 (S.D. Fla. Apr. 7, 2022) (citing *Fraihat v. U.S. Immigration and Customs Enforcement*, 16 F.4th 613, 619 (9th Cir. 2021)). Thus, Petitioner is not entitled to relief on these grounds.

---

[1] Respondents contend that this Court lacks subject matter jurisdiction over this action because a six-month custodial period following an order of removal has not elapsed prior to the filing of the habeas petition in this case. ECF No. [19] (citing *Fahim v. Ashcroft*, 227 F. Supp. 2d 1359, 1363 (N.D.Ga. 2002)).

Case No. 22-cv-24029-BLOOM

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for Release, **ECF No. [18]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 31, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Job Dorrielan
A#077-877-569
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194
PRO SE