UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-24029-BLOOM

JOB DORRIELAN,

    Petitioner,

v.

ICE, et. al.,

    Respondent.

_____/

## ORDER ON MOTION TO AMEND PREVIOUS HABEAS PETITION

**THIS CAUSE** is before the Court upon Petitioner's Motion to Amend Previous Habeas Petition ("Motion"), docketed on March 7, 2023. ECF No. [27]. In the Motion, Petitioner requested that the Court allow him to file an "amended habeas petition." *Id.* at 1. The Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Amended Petition") describes a custody review that took place on March 6, 2023. *Id.* at 3. The Amended Petition is signed and "03/06/23" is written above a line indicating when the Amended Petition was executed. *Id.* at 7.

On March 8, 2023, the Court ordered Respondent to Show Cause directing them to file a status report concerning Petitioner's removal to Haiti. ECF No. [28]. Respondents filed a status report, ECF Nos. [29] and [30], explaining that Petitioner was removed from the United States to Haiti on February 28, 2023. ECF No. [29-1] at 2. Respondents further explained that they were surprised by the Amended Petition. ECF No. [30] at 1. Respondents represent that there was no custody review on March 6, 2023, and Respondents presume that Petitioner prepared and post-dated the Amended Petition at some point prior to February 28, 2023, and that Petitioner "had someone file it on his behalf from within the United States after Petitioner was removed." *Id.* at 1.

Case No. 22-cv-24029-BLOOM

Because the record shows that Petitioner has been removed from the United States and is no longer in custody, the Motion is moot. *Soliman v. INS*, 296 F.3d 1237, 1243 (11th Cir. 2002) ("it is abundantly clear that [Petitioner's] appeal is now moot because . . . [Petitioner] is no longer being detained by the INS").

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion, **ECF No. [27]**, is **DENIED AS MOOT**. The case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 8, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov
*ATTORNEY TO BE NOTICED*